UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

BERNADETTE NEAL,           :

                Plaintiff,           :

     -against-           :          **AFFIDAVIT OF SERVICE**

JPMORGAN CHASE BANK,           :

                Defendant.           :

------------------------------------------------------------X

*[handwritten: filed on 3/15/10   Index No: 10 CV 1157 (Bianco) (Boyle)]*

STATE OF NEW YORK    )
                    ) ss.:
COUNTY OF NEW YORK  )

_Marlene Thompson_, being duly sworn, deposes and says, that deponent is not a party to the action, is over eighteen years of age and is employed by JPMorgan Chase Bank, N.A., and that on the 15th day of March, 2010, deponent served the within:

NOTICE OF REMOVAL
AND
NOTICE OF FILING OF NOTICE OF REMOVAL

To:   Bernadette Neal
       99-15 196th Street
       Hollis, New York 11423

by the address designated for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Sworn to before me this
15 day of March, 2010

_____
Notary Public

STUART RADISH
Notary Public, State of New York
Qualified in New York County
Reg. No. 01RA6115435
My Commission Expires Sept. 7, 20_12_